

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MIKE YARDENI AND MIKE YARDENI FAMILY INVESTMENTS, L.P., | § § | No. 08-13-00067-CV |
| Appellants, | § | Appeal from the |
| v. | § | 448th Judicial District Court |
| MARIA LOURDES LUNA TORRES AND KIDS VIEW ZARGOSA CENTER, L.L.C., | § § | of El Paso County, Texas (TC# 2012-DCV06385) |
| Appellees. | § | |

# **O R D E R**

On October 17, 2013, the Court received a copy of an amended temporary injunction signed by the trial court on October 1, 2013 and a copy of a notice of appeal from Mike Yardeni and Mike Yardeni Family Investments, L.P. The Court has determined that the notice of appeal should be filed as an amended notice of appeal in the above-styled and numbered cause pursuant to TEX.R.APP.P. 27.3. The trial court clerk is directed to include the amended temporary injunction and the notice of appeal in a supplemental clerk's record and file same with this Court no later than October 31, 2013. Further, the parties will be permitted to file supplemental briefs. Appellants' supplemental brief is due to be filed no later than twenty days after the date the supplemental clerk's record is filed in this Court. Appellees' supplemental brief is due to be filed no later than twenty days after the date Appellants' supplemental brief is filed. Because

this is an accelerated appeal and the case has already been submitted, the parties are discouraged from filing a motion requesting additional time in which to file the supplemental brief.

October 18, 2013                                    PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.